IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LEROY MCDANIEL JR,

    Plaintiff,

v.                                CASE NO. 1:11-cv-108-MP-GRJ

DARNELL, et al.,

    Defendants.

                        /

## REPORT AND RECOMMENDATION

This Court's order of July 25, 2011 (Doc. 11) directed Plaintiff to, on or before August 22, 2011, file an amended complaint. Plaintiff was granted an extension of time, giving him until on or before September 29, 2011 to amend his complaint. (Doc. 14). Plaintiff failed to comply with this Court's order and on October 14, 2011, the undersigned directed Plaintiff to show cause why he had not complied. (Doc. 20.) Plaintiff responded and was granted another extension of time, giving him until December 15, 2011 to file an amended complaint. (Doc. 23.) Plaintiff has been warned repeatedly of the consequences of dismissal of this case for failure to respond to the Court's order. Plaintiff has failed to file an amended complaint within the extended period of time as directed by the Court.

Accordingly, it is respectfully **RECOMMENDED** that this cause should be **DISMISSED** for failure to prosecute and for failure to comply with a court order.

At Gainesville, Florida, this 21st day of December, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.