IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LEROY MCDANIEL, JR.,

    Plaintiff,

v.                                           Case No. 1:11-cv-108-MP-GRJ

SEDIE DARNELL et al.,

    Defendants.

_____/

## O R D E R

On December 21, 2011, the Court entered a Report and Recommendation recommending that this case be dismissed because Plaintiff failed to file an amended motion to proceed in forma pauperis and failed to file an amended complaint by December 15, 2011, the deadline previously set by the Court. (Docs. 23, 24.) This December 15, 2011 deadline, however, was the last of several extensions granted by the Court since it first directed Plaintiff to amend on July 25, 2011. (Doc. 11.) A little more than a week after the Report and Recommendation was entered, Plaintiff filed a motion to extend time and a notice of change of address. Plaintiff stated that he did not receive documents due to his change of address and that he wanted to do "what is needed to keep [the case] open." (Doc. 25.) The District Judge granted Plaintiff an extension of time until February 27, 2012 to respond to the Report and Recommendation. (Doc. 27.) Plaintiff filed a second extension of time on February 29, 2012, complaining of continued difficulty finding an attorney, and that motion is currently pending before the Court. (Doc. 28.)

Regardless of Plaintiff's various changes of address, mail returned as undeliverable to the Court, and extensions of time, he was directed to file an amended complaint and motion to proceed in forma pauperis almost one year ago and has failed

to do so.  However, in the interest of judicial fairness and as a courtesy to Plaintiff, the undersigned will withdraw its previous Report and Recommendation and grant Plaintiff *one* further opportunity to comply with the order it entered a year ago.  Plaintiff's most recent motion for extension of time advises the Court that he is still looking for an attorney to represent him.  Plaintiff has requested the Court appoint him counsel on three occasions (Docs. 3, 22, 25) and each time his request has been denied.  (Docs. 11, 23, 27.)  Plaintiff is advised that his failure to find an attorney more than a year after filing his case will not excuse him from failing to timely comply with this Court's orders.

If Plaintiff wants to proceed with his case, he must comply with the Court's directives in its July 25, 2011 order.  (Doc. 11.)  To do so, he must: (1) properly complete the application for leave to proceed in forma pauperis; and (2) file an Amended Complaint, with an identical service copy for each Defendant, that includes a short and plain statement of the facts and limits the allegations to those related to the alleged constitutional violations at the Alachua County Jail.  As the Court has repeatedly advised Plaintiff, he cannot bring his claim against the Alachua County Jail and his claim against the Department of Corrections in the same lawsuit.

Accordingly, upon due consideration, it is **ORDERED** that:

1.  The Court's December 21, 2011 Report and Recommendation (Doc. 24) is withdrawn and the Clerk is directed to **VACATE** the Report and Recommendation.

2.  Plaintiff shall have until on or before **August 10, 2012**, to comply with this Court's July 25, 2011 order.  (Doc. 11.)  This means that by August 10, 2012, Plaintiff must file an application to proceed in forma pauperis and an amended complaint only relating to the claims against the Alachua County Jail.

3. The Clerk shall forward to Plaintiff an application for leave to proceed in forma pauperis, a blank civil rights complaint, and a copy of Doc. 11.

*Case No. 1:11-cv-108-MP-GRJ*

4.  **Failure to respond to this order as instructed will result–without further notice–in another recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of the Court.  <u>No further extensions of time will be granted absent exigent circumstances</u>.**

5.  Plaintiff's motion to extend time, Doc. 28, is **GRANTED** to the extent that the Court is granting him additional time to file his amended pleadings.

**DONE AND ORDERED** this 18th day of July 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge