IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LEROY MCDANIEL, JR,

    Plaintiff,

v.                                          CASE NO. 1:11-cv-00108-MP-GRJ

SADIE DARNELL, et al.,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 20, 2012. (Doc. 31). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff did not file objections but instead attempted to file an amended complaint, Doc. 32, and an amended motion for leave to proceed in forma pauperis, Docs. 33 & 34.

The undersigned agrees with the Magistrate Judge, however, that plaintiff has failed to prosecute this case and to follow orders of the Court. As stated in the Report and Recommendation:

> The Court has repeatedly advised Plaintiff of what he must do to pursue his Eighth Amendment medical care claims related to his incarceration at the Alachua County Jail and in the Department of Corrections. The Court has also repeatedly denied Plaintiff's requests for counsel. (Docs. 3, 22, 25.) In the most recent order directing Plaintiff to file amended pleadings, the Court warned Plaintiff that this would be his final opportunity to amend and if he did not comply, the undersigned would recommend that the case be dismissed. (Doc. 29.)

Thus, the Court agrees with the Magistrate Judge that latest motion for extension of time, Doc.

30, is not well taken.  Additionally, the attempt to amend the complaint and file an amended *in forma pauperis* motion is too little, too late.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The proposed First Amended Complaint at Doc. 32, should be stricken from the docket, as the Court denies leave to amend the complaint.

3. The amended motion to proceed *in forma pauperis*, Doc. 33, is denied.

4. This case is dismissed without prejudice for failure to prosecute and to follow orders of the Court.

**DONE AND ORDERED** this _2nd_ day of October, 2012

      *s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge